# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Rhoda Packer, as Executrix of
the Estate of Archie Packer

V.

Register & Grille
Manufacturing Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 10600 PBS**

TO: (Name and address of Defendant)

Register & Grille Manufacturing Co., Inc.
202 Norman Avenue
Brooklyn, New York 11222

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Louis Movitz, Esq.
Packer and Movitz, P.C.
11 Beacon Street, Suite 615
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: MAR 29 2004