UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X
RHODA PACKER, as Executrix of the Estate of
Archie Parker,

                     CASE NO.: 04 10600 PBS

            Plaintiff(s),

  -against-

                     **AFFIDAVIT OF SERVICE**

REGISTER & GRILLE MANUFACTURING CO.,
INC.,

           Defendant(s)
------------------------------------------------------------X

STATE OF NEW YORK    )
                                :
COUNTY OF NEW YORK  )

      RANDY BARONA, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is not a party to the action.

      That on the 7th day of April, 2004 at approximately 1:00 p.m., deponent served a true copy of the **SUMMONS and COMPLAINT, CIVIL COVER SHEET and CIVIL CATEGORY SHEET** upon Register & Grill Manufacturing Co., Inc. at 202 Norman Avenue, Brooklyn, New York 11222 by personally delivering and leaving the same with Mrs. Diane Kavanagh, President, who is authorized to accept service.

      Mrs. Diane Kavanagh is a white female, approximately 50-52 years of age, was seated at the time of service, weighs approximately 115-120 pounds, with short blonde hair, blue eyes and was wearing glasses.

Sworn to before me this
9th day of April, 2004

                                                RANDY BARONA # 1000417

NOTARY PUBLIC

Michael Keating
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 3, 2006