IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHODA PACKER, )<br>as Executrix of the Estate of Archie Packer )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGISTER & GRILLE )<br>MANUFACTURING CO., INC. )<br>)<br>Defendant. ) | CIVIL ACTION NO: 04-10600 PBS |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-entitled action on behalf of the defendant Register & Grille Manufacturing Co., Inc.

Respectfully submitted,

_____
Keith Halpern
BBO# 545282
4 Longfellow Place
37th Floor
Boston, MA 02114
(617) 722-9952

Certificate of Service

I hereby certify that I have this date served the above by causing a true copy thereof to be mailed by first class postage prepaid mail to all counsel of record.

Dated: 4/26/04                        _____
                                                           Keith Halpern