UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rhoda Packer

            Plaintiff,                     CIVIL ACTION
                                                            NO.   04-10600-PBS

    v.

Register & Grille Manufacturing Co., Inc.
            Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                     June 7, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **July 1, 2004**, at **2:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                        By the Court,

                                                                                       /s/ Robert C. Alba
                                                                                      Deputy Clerk

Copies to:  All Counsel