IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RHODA PACKER,<br>as Executrix of the Estate of Archie Packer<br><br>   Plaintiff,<br><br>v.<br><br>REGISTER & GRILLE<br>MANUFACTURING CO., INC.<br><br>   Defendant. | CIVIL ACTION NO: 04-10600 PBS |

## PLAINTIFF'S RULE 16.1 CERTIFICATION

Keith Halpern, counsel for the defendant Register & Grille Manufacturing Co., Inc., hereby affirms that I have conferred with the defendant:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation though the use of alternative dispute resolution programs.

The defendant has authorized counsel to sign this certification on its behalf.

Register & Grille Mfg. Co.
By its Attorney,

Keith Halpern, BBO #545282
4 Longfellow Place, #3703
Boston, MA 02114
(617) 722-9952

Certificate of Service
I hereby certify that I have this date served the above by causing a true copy thereof to be mailed by first class postage prepaid mail to all counsel of record.

Dated: 6/22/04

Keith Halpern