UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

CIVIL ACTION NO. 04-10600-PBS

2004 JUN 25 A 11:58

U.S. DISTRICT COURT
DISTRICT OF MASS

_____
RHODA PACKER, AS EXECUTRIX OF )
THE ESTATE OF ARCHIE PACKER,   )
    Plaintiff,                 )
                               )
v.                             )
                               )
REGISTER & GRILLE              )
MANUFACTURING CO., INC.,       )
    Defendant.                 )
_____)

JOINT STATEMENT
PURSUANT TO
LOCAL RULE 16.1(D)

       The parties hereby submit their Joint Statement pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference.

**I.**      **Proposed Pretrial Schedule and Discovery Plan**

| | |
|---|---|
| February 1, 2005 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories, and fact witness depositions. |
| March 1, 2005 | Deadline for serving initial disclosures regarding experts pursuant to Fed. R. Civ. P. 26(a)(2), if either party determines that the use of an expert witness is appropriate. |
| April 1, 2005 | Deadline for serving disclosures regarding experts in response to initial expert disclosures (e.g. disclosures regarding competing or rebuttal experts, if only one party serves initial expert disclosures on any issues, or any disclosure pursuant to Fed. R. Civ. P. 26(a)(2)(C)). |

| April 1, 2005 | Deadline for serving and filing dispositive motions, if either party determines that such a motion is appropriate. |

| May 2, 2005 | Deadline for serving and filing opposition to any dispositive motions filed. |

| June 1, 2005, or 30 days after the Court's decision on dispositive motions, whichever is later | Deadline for taking expert witness depositions. |

## II.    Settlement

Defendant has received a written settlement demand from Plaintiff's counsel in accordance with Local Rule 16.1(C).

## III.    Certifications

The parties shall submit separately any certifications required by Local Rule 16.1(D)(3).

WHEREFORE, the parties respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Courts deems just and proper.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, Rhoda Packer, as<br>Executrix of the Estate of Archie Packer,<br>By her Attorneys, | The Defendant,<br>Register & Grille Manufacturing Co., Inc.<br>By its Attorney, |

Louis Movitz, BBO #564780
PACKER AND MOVITZ, P.C.
11 Beacon Street, Suite 615
Boston, MA 02108
(617) 227-5111

Keith Halpern (LM)

Keith Halpern, BBO #545282
4 Longfellow Place
37th Floor
Boston, MA 02114-2838
(617) 722-9952

## CERTIFICATE OF SERVICE

I, Louis Movitz, Plaintiff's counsel, hereby certify that I served a true copy of the above document upon Defendant's counsel by first class mail on the _24th_ day of _June_, 2004.

Louis Movitz

LM\rd\ropack\joint statement

3