UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10600-PBS

| | |
|---|---|
| RHODA PACKER, AS EXECUTRIX OF ) <br> THE ESTATE OF ARCHIE PACKER, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REGISTER & GRILLE ) <br> MANUFACTURING CO., INC., ) <br>     Defendant. ) <br> _____ ) | **PLAINTIFF'S CERTIFICATION <br> PURSUANT TO <br> <u>LOCAL RULE 16.1(D)(3)</u>** |

In accordance with Local Rule 16.1(D)(3), the Plaintiff, Rhoda Packer, as Executrix of the Estate of Archie Packer, by its counsel and an authorized representative, hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
The Plaintiff,

By her Attorneys,

_____
Louis Movitz, BBO #564780
PACKER AND MOVITZ, P.C.
11 Beacon Street, Suite 615
Boston, MA 02108
(617) 227-5111

By her authorized representative,

*Rhoda Packer*
_____
Rhoda Packer, as Executrix of the
Estate of Archie Packer

## CERTIFICATE OF SERVICE

I, Louis Movitz, Plaintiff's counsel, hereby certify that I served a true copy of the above document upon Defendant's counsel by first class mail on the __24 TH__ day of __June__, 2004.

_____
Louis Movitz

LM\rd\ropack\certificate