UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Rhonda Packer
Plaintiff,

        V.                          Civil Action Number
                                    04-10600-PBS

Register & Grille Manufacturing Co., Inc.
Defendant.                                      July 1, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 2/1/05

Summary Judgment Motion filing deadline: 2/15/05

Opposition to Summary Judgment Motions: 3/1/05

Hearing on Summary Judgment or Pretrial Conference: 3/16/05 at 2:00 p.m.

Case to be referred to Mediation program: Fall, 2004

                                                          By the Court,

                                                        /s/ Robert C. Alba
                                                        Deputy Clerk