UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RHODA PACKER, as Executrix of
the Estate of Archie Packer,
       Plaintiff,

v.                                                                    CIVIL ACTION
                                                                      04-CV-10600-PBS
REGISTER & GRILLE
MANUFACTURING CO., INC.,
       Defendant.

NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been scheduled for a MEDIATION <u>with principals present</u> at 2:00 p.m. on Tuesday, September 28, 2004 before the Honorable Walter Jay Skinner in Courtroom 5 on the third floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201.

                                                                   By:  <u>s/ Barbara Clarke</u>
                                                                   Barbara Clarke (617) 748-9275
                                                                   (Available Only Tuesday, Wednesday
                                                                   and Thursday) or call
                                                                   George Howarth (617) 748-9127

To: ALL COUNSEL OF RECORD
July 13, 2004