UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RHODA PACKER, as Executrix of
the Estate of Archie Packer,
       Plaintiff,

v.                                                                          CIVIL ACTION
                                                                            04-CV-10600-PBS
REGISTER & GRILLE
MANUFACTURING CO., INC.,
       Defendant.

### **REVISED** NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been rescheduled for a MEDIATION with principals present at 10:00 a.m. on Thursday, October 7, 2004 before Chief Magistrate Judge Bowler in Courtroom 25 on the seventh floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201.

                                                                                                 By: /s/ Barbara Clarke
                                                                                                  Barbara Clarke (617) 748-9275
                                                                                                  (Available Only Tuesday, Wednesday
                                                                                                  and Thursday) or call
                                                                                                  George Howarth (617) 748-9127

To:  ALL COUNSEL OF RECORD
September 7, 2004